No. 663. FORD *v.* FORD. Supreme Court of South Carolina. Certiorari granted. *O. G. Calhoun* for peti-

tioner. *John S. Davenport III, Angus H. Macaulay, Jr.* and *Wesley M. Walker* for respondent.